UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN KUTZ,

    Plaintiff,

v.                                  Case No.:  2:25-cv-152-SPC-NPM

BONITA SPRINGS FIRE
CONTROL AND RESCUE
DISTRICT,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion for Summary Judgment. (Doc. 23). For the below reasons, the Court denies the motion without prejudice.

First, Defendant improperly seeks multiple forms of relief in its motion. It requests dismissal under Federal Rule of Civil Procedure 12. (*Id.* at 7–15, 18–23). And it requests summary judgment under Federal Rule of Civil Procedure Rule 56, asserting one argument that relies on evidence outside the four corners of the complaint. (*Id.* at 1 n.1). Effectively, Defendant's motion is two motions—one for dismissal and one for summary judgment. This is improper. *See Est. of Coleman v. Scott*, No. 2:10-CV-105-FTM36SPC, 2010 WL 3042822, at *1 (M.D. Fla. July 30, 2010) ("Each request for relief should be set forth in separate motions.").

Second, Defendant did not include a compliant Local Rule 3.01(g) Certification in its motion. A motion to dismiss—one of the motions nestled into Defendant's filing—must contain this certification. The Court cannot overstate the importance of Local Rule 3.01(g) in helping avoid needless litigation, fostering communication between the parties, and helping to resolve disputes without court intervention. Defendant must include a compliant Local Rule 3.01(g) Certification if it renews its motion to dismiss.

Third, Defendant's request for summary judgment is very early. The discovery and dispositive motions deadlines are December 31, 2025, and January 30, 2026, respectively. (Doc. 16 at 1–2). And "[o]nly **one** motion for summary judgment may be filed by a party . . . absent leave of Court." (*Id.* at 4–5 (emphasis in original)). The Court cautions Defendant to consider this limitation before renewing this request.

Accordingly, it is

**ORDERED:**

(1) Defendant's Motion for Summary Judgment (Doc. 23) is **DENIED without prejudice.**

(2) **On or before July 1, 2025**, Defendant must respond to the amended complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on June 24, 2025.

                                              SHERI POLSTER CHAPPELL
                                              UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record